■ DEBRA PARES et al., Respondents, v EDWARD LAPRADE et al., Appellants. (Appeal No. 1.) [698 NYS2d 213] —Order affirmed without costs. Same Memorandum as in *Pares v LaPrade* (266 AD2d 852 [decided herewith]).

All concur except Hurlbutt, J., who dissents and votes to reverse in the same dissenting Memorandum as in *Pares v La-Prade* (266 AD2d 852, 853 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Hayes, Hurlbutt and Balio, JJ.